SAM FRANCIS FOUNDATION; Estate of Robert Graham; Chuck Close; Laddie John Dill, Plaintiffs–Appellants,

v.

CHRISTIE'S, INC., a New York corporation, Defendant–Appellee.

Sam Francis Foundation; Estate of Robert Graham; Chuck Close; Laddie John Dill, Plaintiffs–Appellants,

v.

eBay, Inc., a Delaware corporation, Defendant–Appellee.

Estate of Robert Graham; Chuck Close; Laddie John Dill, individually and on behalf of all others similarly situated, Plaintiffs–Appellants,

v.

Sotheby's, Inc., a New York corporation, Defendant–Appellee.

Nos. 12–56067, 12–56068, 12–56077.

United States Court of Appeals, Ninth Circuit.

Oct. 30, 2014.

Ira Bibbero, Eric M. George, Esquire, Browne George Ross LLP Los Angeles, CA, for Plaintiffs–Appellants.

Hillary A. Hamilton, Jason D. Russell, Skadden, Arps, Slate, Meagher & Flom LLP, Los Angeles, CA, Michael McIntosh, Skadden, Arps, Slate, Meagher & Flom LLP, Washington, DC, for Defendant–Appellee.

D.C. Nos. 2:11–cv–08605–MWF–FFM, 2:11–cv–08622–MWF–PLA, 2:11–cv–08604–MWF–FFM.

**ORDER**

THOMAS, Circuit Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3.

Judges Wardlaw and Nguyen did not participate in the deliberations or vote in this case.